**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known) _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 205
## Involuntary Petition Against a Non-Individual                                 12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   
   ☐ Chapter 7
   
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**    SurgePower Materials, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   
   ☐ Unknown
   
   **83-1312470**
   EIN

5. **Debtor's address**

   **Principal place of business**
   
   **1224 Industrial Dr., Suite C**
   Number    Street
   
   **New Braunfels TX 78130-0000**
   City              State    Zip Code
   
   **Comal**
   County

   **Mailing address, if different**
   
   Number    Street
   
   P.O. Box
   
   City              State    Zip Code
   
   **Location of principal assets, if different from principal place of business**
   
   Number    Street
   
   City              State    Zip Code

6. **Debtor's website** (URL)    surgepowermaterials.com

7. **Type of debtor**
   
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

---

Official Form 205                  Involuntary Petition Against a Non-Individual                  page 1

Debtor  **SurgePower Materials, Inc.**　　　　　Case number *(if known)*

| 8. Type of debtor's business | *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the types of business listed. |
| | ☐ Unknown type of business. |

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes.　Debtor _____　Relationship _____
District _____　Date filed _____ (MM / DD / YYYY)　Case number, if known _____

Debtor _____　Relationship _____
District _____　Date filed _____ (MM / DD / YYYY)　Case number, if known _____

## Part 3: Report About the Case

10. **Venue**　*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**　Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Ecliptic Holdings I, LLC** | | $**300000** |
| | | $ |
| **Ecliptic Evergreen Innovations Fund I LP** | | $**500000** |
| | | $ |
| **Harborock Ltd.** | | $**25000** |
| | | $ |
| **Carbonaceous Green Investments LLC** | | $**100000** |
| | | $ |
| **Gibson, Steven George** | | $**20000** |
| | | $ |

| | | |
|---|---|---|
| Debtor | **SurgePower Materials, Inc.** | Case number *(if known)* |

| | |
|---|---|
| **Shaffer, Richard Thomas** | $**150000** |
| | $ |
| | Total of petitioners' claims $**1095000** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>**Ecliptic Holdings I, LLC**<br>Name<br><br>**Attn: Mike Millard, Authorized Agent**<br>**1209 West 5th St., 3rd Floor**<br>Number     Street<br>**Austin TX 78703-0000**<br>City                          State       Zip Code<br><br>**Name and mailing address of petitioner's representative, if any**<br>**Mike Millard**<br>Name<br><br>**1209 West 5th St., 3rd Floor**<br>Number     Street<br>**Austin TX 78703-0000**<br>City                          State       Zip Code<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on  12/19/2022<br>                MM / DD / YYYY<br><br>*Mike Millard* - Authorized Agent<br>Signature of petitioner or representative, including representative's title | **Mark C. Taylor**<br>Printed name<br><br>**Waller Lansden Dortch & Davis LLP**<br>Firm name, if any<br>**100 Congress Ave., Ste. 1800**<br>Number     Street<br>**Austin TX 78701-0000**<br>City                          State       Zip Code<br>Contact phone  **512-685-6400**   Email  **mark.taylor@wallerlaw.com**<br><br>Bar number  **19713225 TX**<br>State       **TX**<br><br>/s/ Mark C. Taylor<br>Signature of attorney<br>Date signed  **12/20/2022**<br>                MM / DD / YYYY |
| **Petitioners or Petitioners' Representative** | **Attorneys** |
| **Name and mailing address of petitioner**<br>**Ecliptic Evergreen Innovations Fund I LP**<br>Name<br><br>**Attn: Mike Millard, Authorized Agent**<br>**1209 West 5th St., 3rd Floor**<br>Number     Street<br>**Austin TX 78703-0000**<br>City                          State       Zip Code | **Mark C. Taylor**<br>Printed name<br><br>**Waller Lansden Dortch & Davis LLP**<br>Firm name, if any<br>**100 Congress Ave., Ste. 1800**<br>Number     Street |

Debtor **SurgePower Materials, Inc.**      Case number *(if known)*

**Name and mailing address of petitioner's representative, if any**
**Mike Millard**
Name

**1209 West 5th St., 3rd Floor**
Number    Street
**Austin TX 78703-0000**
City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **12/19/2022**
    MM / DD / YYYY

*Mike Millard*    - Authorized Agent
Signature of petitioner or representative, including representative's title

| Austin TX 78701-0000 | | |
|---|---|---|
| City | State | Zip Code |
| Contact phone **512-685-6400** | Email | mark.taylor@wallerlaw.com |
| Bar number **19713225 TX** | | |
| State **TX** | | |

/s/ Mark C. Taylor
Signature of attorney
Date signed **12/20/2022**
    MM / DD / YYYY

---

**Petitioners or Petitioners' Representative**      **Attorneys**

**Name and mailing address of petitioner**
**Harborock Ltd.**
Name

**Attn: Kevin Przybocki, Manager**
**4302 Aqua Verde Dr.**
Number    Street
**Austin TX 78746-0000**
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**
**Kevin Przybocki**
Name

**4302 Aqua Verde Dr.**
Number    Street
**Austin TX 78746-0000**
City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **12/19/2022**
    MM / DD / YYYY

*Kevin Przybocki*    - Manager
Signature of petitioner or representative, including representative's title

**Mark C. Taylor**
Printed name

**Waller Lansden Dortch & Davis LLP**
Firm name, if any
**100 Congress Ave., Ste. 1800**
Number    Street
**Austin TX 78701-0000**
City    State    Zip Code
Contact phone **512-685-6400**    Email **mark.taylor@wallerlaw.com**

Bar number **19713225 TX**

State **TX**

/s/ Mark C. Taylor
Signature of attorney
Date signed **12/20/2022**
    MM / DD / YYYY

---

**Petitioners or Petitioners' Representative**      **Attorneys**

**Name and mailing address of petitioner**
**Carbonaceous Green Investments LLC**
Name

**Attn: William G. Huff, Manager**
**3001 Mail Route Rd.**
Number    Street
**Fischer TX 78623-0000**
City    State    Zip Code

**Mark C. Taylor**
Printed name

**Waller Lansden Dortch & Davis LLP**
Firm name, if any
**100 Congress Ave., Ste. 1800**
Number    Street
**Austin TX 78701-0000**

---

Official Form 205      Involuntary Petition Against a Non-Individual      page 4

Debtor **SurgePower Materials, Inc.**      Case number *(if known)*

**Name and mailing address of petitioner's representative, if any**
**William G. Huff**
Name

**3001 Mail Route Rd.**
Number    Street
**Fischer TX 78623-0000**
City    State    Zip Code

City
Contact phone **512-685-6400**    Email **mark.taylor@wallerlaw.com**
Bar number **19713225 TX**
State **TX**

I declare under penalty of perjury that the foreigoing is true and correct.
Executed on **12/19/2022**
         MM / DD / YYYY

DocuSigned by:
*William G. Huff* - Manager
F4F92F271FAA498...
Signature of petitioner or representative, including representative's title

**/s/ Mark C. Taylor**
Signature of attorney
Date signed **12/20/2022**
         MM / DD / YYYY

---

**Petitioners or Petitioners' Representative**      **Attorneys**

**Name and mailing address of petitioner**
**Gibson, Steven George**
Name

**7308 Callbraun Ln.**
Number    Street
**Austin TX 78736-0000**
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City    State    Zip Code

**Mark C. Taylor**
Printed name
**Waller Lansden Dortch & Davis LLP**
Firm name, if any
**100 Congress Ave., Ste. 1800**
Number    Street
**Austin TX 78701-0000**
City    State    Zip Code
Contact phone **512-685-6400**    Email **mark.taylor@wallerlaw.com**
Bar number **19713225 TX**
State **TX**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **12/19/2022**
         MM / DD / YYYY

DocuSigned by:
*S. Gibson*
96856632AC11423...
Signature of petitioner or representative, including representative's title

**/s/ Mark C. Taylor**
Signature of attorney
Date signed **12/20/2022**
         MM / DD / YYYY

---

**Petitioners or Petitioners' Representative**      **Attorneys**

**Name and mailing address of petitioner**
**Shaffer, Richard Thomas**
Name

**22 Sheringham**
Number    Street
**San Antonio TX 78218-0000**
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

**Mark C. Taylor**
Printed name
**Waller Lansden Dortch & Davis LLP**
Firm name, if any
**100 Congress Ave., Ste. 1800**
Number    Street
**Austin TX 78701-0000**
City    State    Zip Code
Contact phone **512-685-6400**    Email **mark.taylor@wallerlaw.com**

| Debtor | **SurgePower Materials, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

Bar number **19713225 TX**

State **TX**

Number    Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   12/19/2022
              MM / DD / YYYY

DocuSigned by:
*Richard Shaffer*
E462024B17894B5...
Signature of petitioner or representative, including representative's title

/s/ Mark C. Taylor
Signature of attorney

Date signed   12/20/2022
              MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 6