B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## Western District Of Texas

In re  SurgePower Materials, Inc.  ,  ) Case No. 22-51436
      Debtor*  ) 
 ) Chapter  11
 )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on December 20, 2022 (date), requesting an order for relief under chapter  11  of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:  United States Bankruptcy Clerk
Hipolito F. Garcia Federal Building and United States Courthouse
615 East Houston Street, Room 597
San Antonio, Texas 78205

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:  Mark C. Taylor
Waller Lansden Dortch & Davis LLP
100 Congress Ave., 18th Floor
Austin, TX 78701

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

**BARRY D. KNIGHT**
_____ (Clerk of the Bankruptcy Court)

Date: 12/28/22    By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

## CERTIFICATE OF SERVICE

I, Ann Marie Jezisek (name), certify that on December 28, 2022 (date), I served this summons and a copy of the involuntary petition on SurgePower Materials, Inc. (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

(1) first class United States mail and (2) certified mail return receipt requested to:
SurgePower Materials, Inc.
c/o Gary W. Beall, Registered Agent
805 Valley View West Rd.
San Marcos, TX 78666-8324

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 1/3/2023    Signature *[signature]*

Print Name:    Ann Marie Jezisek

Business Address:    Waller Lansden Dortch & Davis LLP
100 Congress Ave., 18th Floor
Austin, TX 78701