IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-51436-mmp |
| | § | |
| SURGEPOWER MATERIALS, INC., | § | CHAPTER 11 |
| | § | |
| ALLEGED DEBTOR | § | |
| | § | |

## STIPULATION

On December 20, 2022, Ecliptic Evergreen Innovation Fund I, Texas, L.P., Harborock Ltd., Carbonaceous Green Investments, LLC, Steven George Gibson, and Richard Thomas Shafer (collectively, the "Petitioning Creditors") filed an involuntary bankruptcy petition against SurgePower Materials, Inc. ("SurgePower"). The involuntary petition was served on SurgePower on January 3, 2023. The answer due date is January 18, 2023. SurgePower has requested a seven (7) day extension of the answer due date to and including January 25, 2023. The Petitioning Creditors have agreed to this extension. This stipulation memorializes this agreement between the Parties. SurgePower may file a responsive pleading as to the involuntary petition on or before January 25, 2023.

Dated: January 18, 2023                Respectfully submitted,

                HUSCH BLACKWELL LLP

                By:  */s/ Lynn Hamilton Butler*
                  Lynn Hamilton Butler
                  State Bar No. 03527350
                  111 Congress Avenue, Suite 1400
                  Austin, Texas 78701
                  Tel: (512) 472-5456
                  Fax: (512) 479-1101
                  lynn.butler@huschblackwell.com

                **GAP PERIOD COUNSEL FOR ALLEGED DEBTOR**

HB: 4855-1714-0299.1

                        **WALLER LANSDEN DORTCH & DAVIS, LLP**

By: */s/ Mark C. Taylor, by permission*
     Mark C. Taylor
     State Bar No. 19713225
     100 Congress Avenue, Suite 1800
     Austin, Texas 78701
     Tel: 512-685-6400
     Fax: 512-685-6417
     mark.taylor@wallerlaw.com

**COUNSEL FOR INVOLUNTARY PETITIONING CREDITORS**

### CERTIFICATE OF SERVICE

I certify that on January 18, 2023, a true and correct copy of this document was served by electronic service on all counsel of record registered to receive notice via this Court's CM/ECF system, as indicated below.

                        */s/ Lynn Hamilton Butler*
                        Lynn Hamilton Butler

| | | |
|---|---|---|
| **Carbonaceous Green Investments LLC**<br>Attn: William G. Huff<br>3001 Mail Route Rd.<br>Fischer, TX 78623<br>*(Petitioning Creditor)* | represented by | **Mark Curtis Taylor**<br>Waller Lansden Dortch & Davis LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701<br>(512) 685-6400<br>(512) 685-6417 (fax)<br>mark.taylor@wallerlaw.com<br>*LEAD ATTORNEY* |
| **Ecliptic Evergreen Innovations Fund I LP**<br>Attn: Mike Millard<br>1209 West 5th St., 3rd Floor<br>Austin, TX 78703<br>*(Petitioning Creditor)* | represented by | **Mark Curtis Taylor**<br>Waller Lansden Dortch & Davis LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701<br>(512) 685-6400<br>(512) 685-6417 (fax)<br>mark.taylor@wallerlaw.com<br>*LEAD ATTORNEY* |

HB: 4855-1714-0299.1

| | | |
|---|---|---|
| **Ecliptic Holdings I, LLC**<br>Attn: Mike Millard<br>1209 West 5ht St., 3rd Floor<br>Austin, TX 78703<br>*Added: 12/20/2022*<br>*(Petitioning Creditor)* | represented by | **Mark Curtis Taylor**<br>Waller Lansden Dortch & Davis LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701<br>(512) 685-6400<br>(512) 685-6417 (fax)<br>mark.taylor@wallerlaw.com<br>*LEAD ATTORNEY* |
| **Steven George Gibson**<br>7308 Callbraun Ln.<br>Austin, TX 78736<br>*Added: 12/20/2022*<br>*(Petitioning Creditor)* | represented by | **Mark Curtis Taylor**<br>Waller Lansden Dortch & Davis LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701<br>(512) 685-6400<br>(512) 685-6417 (fax)<br>mark.taylor@wallerlaw.com<br>*LEAD ATTORNEY* |
| **Harborock Ltd.**<br>Attn: Kevin Przybocki<br>4302 Aqua Verde Dr.<br>Austin, TX 78746<br>*Added: 12/20/2022*<br>*(Petitioning Creditor)* | represented by | **Mark Curtis Taylor**<br>Waller Lansden Dortch & Davis LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701<br>(512) 685-6400<br>(512) 685-6417 (fax)<br>mark.taylor@wallerlaw.com<br>*LEAD ATTORNEY* |
| **Richard Thomas Shaffer**<br>22 Sheringham<br>San Antonio, TX 78218<br>*Added: 12/20/2022*<br>*(Petitioning Creditor)* | represented by | **Mark Curtis Taylor**<br>Waller Lansden Dortch & Davis LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701<br>(512) 685-6400<br>(512) 685-6417 (fax)<br>mark.taylor@wallerlaw.com<br>*LEAD ATTORNEY* |
| **SurgePower Materials, Inc.**<br>1224 Industrial Dr., Suite C<br>New Braunfels, TX 78130<br>Tax ID / EIN: 83-1312470<br>*Added: 12/20/2022*<br>*(Debtor)*<br>PRO SE | | |

| | | |
|---|---|---|
| **United States Trustee - SA12**<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78295-1539<br>(210) 472-4640<br>USTPRegion07.SN.ECF@usdoj.gov<br>*Added: 12/20/2022*<br>*(U.S. Trustee)* | represented by | **Erin Coughlin**<br>DOJ-Ust<br>615 East Houston Street<br>Suite 533<br>San Antonio, TX 78205<br>210-472-4640<br>erin.coughlin@usdoj.gov |

4

HB: 4855-1714-0299.1