**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-51436-mmp |
| SURGEPOWER MATERIALS, INC., | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND**
**DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS**

The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Schedules and Statements") filed by SurgePower Materials, Inc., the debtor in the above-captioned chapter 11 case (the "Debtor') are unaudited and were prepared pursuant to section 521 of Title 11 of the United States Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by Gregory S. Milligan, Chapter 11 Trustee for the Debtor ("Trustee"), in consultation with Dr. Michael Opoku, the Debtor's managing officer, and others familiar with the relevant information. While Mr. Milligan has made reasonable efforts to file complete and accurate Schedules and Statements based upon information available at the time of preparation, the Schedules and Statements remain subject to further review and verification by the Debtor and Trustee as additional information becomes available. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statements. The Debtor and Trustee reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate. The Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statements (the "Global Notes") is incorporated by reference in, and comprises an integral part of, the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1. <u>Description of the Cases and "As Of" Information Date</u>. On December 20, 2022, (the "Petition Date"), an involuntary petition under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") was filed against the Debtor; the Court entered an Order for Relief on January 31, 2023. *See* Docket No. 6. On April 28, 2023, Gregory S. Milligan was appointed as Chapter 11 Trustee of Debtor. *See* Docket No. 41. Information presented in the Schedules and Statements is as of the Petition Date, unless otherwise noted.

2. <u>Basis of Presentation</u>. These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtor.

3. <u>Causes of Action</u>. Despite its reasonable efforts, as described above, the Debtor may not have set forth all claims, causes of actions and potential recoveries in its Schedules and Statements. The Debtor reserves all rights with respect to any causes of action it may possess, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

4.      Insiders. The listing or failure to list a person or other entity as an "insider" in the Schedules and Statements is not intended to be nor should it be construed as a binding admission that such person or entity is or is not an insider. The Debtor reserves the right to dispute or challenge the designation of any individual or entity in connection with any other matter arising in the Debtor's chapter 11 case.

5.      Intellectual Property Rights. Any omission of intellectual property from the Schedules and Statements shall not be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. In accordance with the foregoing, the Debtor reserves all of its rights with respect to the legal status of any and all intellectual property rights, regardless of whether such intellectual property rights are or are not listed in the Schedules and Statements.

6.      Value of Furniture, Equipment, Vehicles and Inventories. The Debtor has not undertaken any recent appraisals and has indicated "replacement costs" for the current value of its specialized equipment and inventory. As of the date of filing of these Global Notes, the Trustee has not gained access into the Debtor's office location to confirm the existence and/or value of the listed items.

7.      Summary of Significant Reporting Policies. The Schedules and Statements have been signed by Gregory S. Milligan solely in his capacity as the Chapter 11 Trustee to the Debtor. In reviewing and signing the Schedules and Statements, Mr. Milligan has necessarily relied upon the efforts, statements, and representations of the Debtor's business records and personnel, including Dr. Opoku, as well as his professionals pending Court approve including Husch Blackwell and Harney Partners. Mr. Milligan has not personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors. The Debtor made reasonable efforts to accurately report asset, liability, disbursement and other information on its Statements and Schedules, and the Debtor adopted the following conventions in the preparation of the Schedules and Statements.

      a.      Fair Market Value; Book Value. As of the filing of these Global Notes, the Trustee has not gained full access to the Debtor's accounting books and records. As a result, the value of the Debtor's assets and liabilities set forth on the Schedules and Statements may not always reflect the current market values of such property and/or liabilities. The Debtor reserves its right to amend or adjust the value of each asset or liability set forth herein.

      b.      Liabilities. The Debtor reserves the right to dispute any liability indicated in its Schedules notwithstanding the designation in the Schedules and Statements.

      c.      Claims. The Debtor's Schedules and Statements list creditors and set forth the Debtor's estimate of the claims of creditors as of the Petition Date. The inclusion of any such amounts in the Schedules and Statements shall not be deemed to obligate the Debtor to pay such amounts in and of themselves.

    d.    <u>Disputed, Contingent and/or Unliquidated Claims</u>. Schedules D and E/F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules as to amount, liability, or status. Moreover, the Debtor reserves the right to amend its Schedules and Statements as necessary and appropriate.

8.    <u>General Conventions Relating to the Schedules of Assets and Liabilities</u>. Given the lack of institutional knowledge of the Debtor's assets and liabilities, the Trustee adopted the following conventions in connection with the preparation of the Schedules:

    a.    <u>Schedule G</u>. While reasonable efforts have been made to ensure the accuracy of the Schedule of Executory Contracts, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all rights to dispute the validity, status or enforceability of any contract, agreement or lease set forth on Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtor reserves all rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules and Statements, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

**Fill in this information to identify the case:**

Debtor name  **SurgePower Materials, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **22-51436-mmp**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... $     **299,919.93**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **299,919.93**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... $     **174,730.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... +$     **1,203,191.36**

4.  Total liabilities ..........................................................................................................................
    Lines 2 + 3a + 3b      $     **1,377,921.36**

**Fill in this information to identify the case:**

Debtor name      **SurgePower Materials, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)  **22-51436-mmp**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Frost Bank (balance as of 12/20/2022)** | **Checking** | **5148** | **$350.93** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$350.93** |

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:       Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.

| Debtor | **SurgePower Materials, Inc.** | Case number *(If known)* **22-51436-mmp** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>Graphene | | Unknown | Replacement | Unknown |
| 22. | **Other inventory or supplies**<br>Cu foil | | Unknown | Replacement | $300.00 |
| | Al foil | | Unknown | Replacement | $200.00 |
| | NCA Powder | | Unknown | Replacement | $150.00 |
| | LiFePo4 Powder | | Unknown | Replacement | $150.00 |
| | PVDF Powder | | Unknown | Replacement | $199.00 |
| | Carbon Black | | Unknown | Replacement | $120.00 |
| | NMP Electrolyte | | Unknown | Replacement | $120.00 |
| | Ni Tabs | | Unknown | Replacement | $135.00 |
| | Al Tabs | | Unknown | Replacement | $135.00 |
| | Al foil for pouch cell case | | Unknown | Replacement | $300.00 |
| | CR2032 Coin Cell Cases(including spring and spacer)100pcs | | Unknown | Replacement | $200.00 |
| | Lithium Chips | | Unknown | Replacement | $250.00 |

| Debtor | **SurgePower Materials, Inc.** | Case number *(If known)* **22-51436-mmp** |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $2,259.00 |
|---|---|

**24.** **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.** | **Office furniture**<br>**Office desks** | Unknown | Liquidation | $0.00 |
| | **Office chairs** | Unknown | Liquidation | $0.00 |
| **40.** | **Office fixtures** | | | |
| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**HP Computer 1** | Unknown | Replacement | $1,000.00 |
| | **HP Computer 2** | Unknown | Replacement | $1,000.00 |
| | **HP Computer 3** | Unknown | Replacement | $1,000.00 |
| | **Dell laptop purchased 2/24/2022**<br>**(in Michael Gagliardi's possession)** | Unknown | Replacement | $1,000.00 |
| | **HP Computer 4** | Unknown | Replacement | $1,000.00 |
| | **Dell laptop purchased 2/16/2022** | Unknown | Replacement | $1,000.00 |

| Debtor | SurgePower Materials, Inc. | Case number *(If known)* | **22-51436-mmp** |
|---|---|---|---|
| | Name | | |

| HP Printer | Unknown | Replacement | $250.00 |
|---|---|---|---|

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $6,250.00 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 12L Planetary Ball Mill | Unknown | Replacement | $4,000.00 |
| 12L Planetary Ball Mill (Broken Machine) | Unknown | Replacement | $2,680.00 |
| Small Lab Mixer (Broken Machine) | Unknown | Replacement | $4,000.00 |
| Electric Heat Film Coating Machine with Dryer | Unknown | Replacement | $4,000.00 |
| Heat Roll Press Machine For Lithium Battery Production | Unknown | Replacement | $4,000.00 |
| Battery Electrode Roll Slitting Machine | Unknown | Replacement | $6,000.00 |
| 50L Digital Vacuum Ovens  With High Temperature Controller & Inner Chamber | Unknown | Replacement | $1,500.00 |

| Debtor | SurgePower Materials, Inc. | | Case number (If known) | 22-51436-mmp |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Al Tab Ni Tag Ultrasonic Welding Machine | Unknown | Replacement | $5,000.00 |
| Spot Welding Machine | Unknown | Replacement | $5,000.00 |
| Semi-Auto Winding Machine | Unknown | Replacement | $3,000.00 |
| Laboratory 18650 Cylindrical Cell Grooving Machine | Unknown | Replacement | $3,100.00 |
| Benchtop Vacuum Glove Box With Airlock And Vacuum Flange And Gauge | Unknown | Replacement | $12,000.00 |
| Electrolyte Diffusion & Degassing Chamber | Unknown | Replacement | $4,500.00 |
| Hydraulic Sealing Machine For Cylindrical Case | Unknown | Replacement | $3,500.00 |
| 5V6A 8 Channel Lithium Ion Battery Tester Equipment For Experiment | Unknown | Replacement | $8,000.00 |
| Compact Electric Disassembling Machine for Cylindrical Case | Unknown | Replacement | $4,000.00 |
| LiPF6 Electrolyte | Unknown | Replacement | $350.00 |
| LiPF6 Electrolyte | Unknown | Replacement | $350.00 |
| LiPF6 Electrolyte | Unknown | Replacement | $350.00 |
| Cylindrical battery cases set for with Anti-Explosive Cap and Insulation O-ring | Unknown | Replacement | $250.00 |
| Cylindrical battery cases set for with Anti-Explosive Cap and Insulation O-ring | Unknown | Replacement | $250.00 |
| Vacuum pump | Unknown | Replacement | $700.00 |
| Surface Area & Pore Size Analyzer Surface Area Analyzer | Unknown | Replacement | $25,000.00 |
| Dis Cutting Machine (including a set of die) | Unknown | Replacement | $1,000.00 |
| Hydraulic Battery Crimper For Coin Cell Research | Unknown | Replacement | $1,500.00 |

| Debtor | **SurgePower Materials, Inc.** | | Case number *(If known)* **22-51436-mmp** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Disassembling die for hydraulic coin cell crimper | Unknown | Replacement | $600.00 |
| Stainless Steel Two-Electrode Split Test Cell For Coin Cell R&D | Unknown | Replacement | $670.00 |
| 5V1mA 8 Channel Coin Cell Battery Tester Analyzer | Unknown | Replacement | $4,000.00 |
| 5V1mA 8 Channel Coin Cell Battery Tester Analyzer | Unknown | Replacement | $4,000.00 |
| Lab Electrode Die Cutter For Pouch Cell Electrodes Cutting | Unknown | Replacement | $1,980.00 |
| Semi-Automatic Stacking Machine For Pouch Cell Electrodes | Unknown | Replacement | $900.00 |
| Pouch Cell Case/Cup Forming Machine for Aluminum-Laminated Films | Unknown | Replacement | $4,580.00 |
| Compact Heating Sealer For Sealing Laminated Aluminum Case Of Pouch Cells | Unknown | Replacement | $2,000.00 |
| Laboratory Vacuum Sealing Machine | Unknown | Replacement | $4,000.00 |
| 10V10A 8 Channel Lithium Ion Battery Tester Equipment For Experiment | Unknown | Replacement | $10,000.00 |
| Carbolite Rotary Kiln #2 | Unknown | Replacement | $120,000.00 |
| Evenheat Kiln #0 | Unknown | Replacement | $2,680.00 |
| Kiln #1 | Unknown | Replacement | $3,000.00 |
| Kiln #3 | Unknown | Replacement | $4,000.00 |
| MassFlow Meters/Controllers | Unknown | Replacement | $13,000.00 |
| Crucibles x 3 | Unknown | Replacement | $250.00 |
| Reactor Tubes x 2 | Unknown | Replacement | $8,000.00 |
| Catalyst Raw Materials (Blue Drum) x 2 | Unknown | Replacement | $1,560.00 |

Debtor   **SurgePower Materials, Inc.**                                    Case number *(If known)*   **22-51436-mmp**
     Name

| | | | |
|---|---|---|---|
| **Ladder** | Unknown | Replacement | $50.00 |
| **Tables and benches x 8** | Unknown | Replacement | $960.00 |
| **Hydraulic Lift** | Unknown | Replacement | $400.00 |
| **Heavy Duty Hydraulic Lift** | Unknown | Replacement | $400.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

> **$291,060.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial Office and Warehouse Lease**<br>**1224 Industrial Drive, Suite C**<br>**New Braunfels, TX 78130**<br>**Lease expires on its terms on March 15, 2023** | Tenant | Unknown | Tax records | Unknown |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

> **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

| Debtor | SurgePower Materials, Inc. | Case number *(If known)* | 22-51436-mmp |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** **Patent Application Publication No. US 2021/0238040 A1** **Method of Preparing Carbon Nanomaterials** | Unknown | | Unknown |
| **Patent No. US 10,865,111 B2** **Method of Making Nanomaterials from a Renewable Carbon Souce** **Date of Patent: December 15, 2020** | Unknown | | Unknown |
| **Patent Application Publication No. US 2021/0061661 A1** **Method of Making Nanomaterials from a Renewable Carbon Source** | Unknown | | Unknown |
| **Patent Application Publication No. US 2019/0144280 A1** **Method of Making Nanomaterials from a Renewable Carbon Source** | Unknown | | Unknown |
| **61.** **Internet domain names and websites** **www.surgepower.com domain and website (supported by iPage, Google, and Shopify)** | Unknown | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

| Debtor | **SurgePower Materials, Inc.** | Case number *(If known)* **22-51436-mmp** |
|---|---|---|
| | Name | |

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.

   ☐Black Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Texas Workforce Commission surplus**     Tax year 2021 | Unknown |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐Black No

☐ Yes

Debtor   **SurgePower Materials, Inc.**                                    Case number *(If known)*  **22-51436-mmp**
          Name

---

**Part 12:**   **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $350.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,259.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $291,060.00 | |
| 88. **Real property.** *Copy line 56, Part 9*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $299,919.93 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $299,919.93 |

**Fill in this information to identify the case:**

Debtor name   **SurgePower Materials, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **22-51436-mmp**

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |

Debtor name  **SurgePower Materials, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **22-51436-mmp**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>**Gagliardi, Michael**<br>**1106 Cougar Drive**<br>**Canyon Lake, TX 78133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$93,750.00** | **$15,150.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **SurgePower Materials, Inc.** | Case number (if known) | **22-51436-mmp** |
|--------|-------|------------------------|------------------|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80,980.00 | $15,150.00 |
|-----|-----|-----|-----|-----|

**Opoku, Michael**
**2068 Oxbow Dircle**
**New Braunfels, TX 78130**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|-----|-----|-----|-----|

**Texas Comptroller of Public**
**Accounts**
**Revenue Acctg Div - Bankruptcy**
**Section**
**P.O. Box 13528**
**Austin, TX 78711-3528**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|-----|-----|-----|-----|

**Texas Workforce Commission**
**TWC - Regulatory Integrity Div.**
**101 E. 15th Street**
**Austin, TX 78778-0001**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-----|-----|-----|-----|-----|

**The County of Comal, Texas**
**c/o Julie Anne Parsons**
**P O Box 1269**
**Round Rock, TX 78680-1269**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Secured personal property taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

| Debtor | **SurgePower Materials, Inc.** | Case number (if known) | **22-51436-mmp** |
|---|---|---|---|
| | Name | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,885.65 |
|---|---|---|
| **ADP, Inc.** | ■ Contingent | |
| **1 ADP Boulevard** | ■ Unliquidated | |
| **Roseland, NJ 07068** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Unknown** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.07 |
|---|---|---|
| **ADP, Inc.** | ■ Contingent | |
| **1 ADP Boulevard** | ■ Unliquidated | |
| **Roseland, NJ 07068** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Payroll Fees** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,556.61 |
|---|---|---|
| **Airgas** | ■ Contingent | |
| **110 West 7th Street, Suite 1300** | ■ Unliquidated | |
| **Tulsa, OK 74119-7411** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Production Gas Cylinders** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ambetter Insurance** | ■ Contingent | |
| **5900 E. Ben White Blvd.** | ■ Unliquidated | |
| **Austin, TX 78741** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Insurance** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **American National Standards Institute** | ■ Contingent | |
| **c/o Accounts Receivables** | ■ Unliquidated | |
| **25 West 43rd Street, 4th Floor** | ■ Disputed | |
| **New York, NY 10036** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Services performed** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|
| **Carbonaceous Green Investments LLC** | ■ Contingent | |
| **c/o Mark C. Taylor** | ■ Unliquidated | |
| **Holland & Knight** | ■ Disputed | |
| **100 Congress Avenue, Suite 1800** | | |
| **Austin, TX 78701** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Money loaned** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Cendea Connection International** | ■ Contingent | |
| **c/o Accounts Receivable** | ■ Unliquidated | |
| **1805 Purple Sage Drive** | ■ Disputed | |
| **Cedar Park, TX 78613** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Services performed** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SurgePower Materials, Inc.** | Case number (if known) | **22-51436-mmp** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dell Financial Services**
**7322 Southwest Freeway, Suite 1600**
**Houston, TX 77074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dunn Smith Stone LLP**
**c/o Brian Smith**
**811 Barton Springs Road, Suite 725**
**Austin, TX 78704**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |
|---|---|---|---|

**Ecliptic Evergreen Innovations Fund I LP**
**c/o Mark C. Taylor**
**Holland & Knight**
**100 Congress Avenue, Suite 1800**
**Austin, TX 78701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Ecliptic Holdings I, LLC**
**c/o Mark C. Taylor**
**Holland & Knight**
**100 Congress Avenue, Suite 1800**
**Austin, TX 78701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **5/31/2019**

Last 4 digits of account number __

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Ecliptic Holdings I, LLC**
**c/o Mark C. Taylor**
**Holland & Knight**
**100 Congress Avenue, Suite 1800**
**Austin, TX 78701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9/4/2019**

Last 4 digits of account number __

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Ecliptic Holdings I, LLC**
**c/o Mark C. Taylor**
**Holland & Knight**
**100 Congress Avenue, Suite 1800**
**Austin, TX 78701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/15/2020**

Last 4 digits of account number __

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SurgePower Materials, Inc. | Case number (if known) | 22-51436-mmp |
|---|---|---|---|
| | Name | | |

---

**3.14** Nonpriority creditor's name and mailing address

Egan Nelson LLP
c/o Aaron Barker
221 W. 6th Street, Suite 900
Austin, TX 78701

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

**$6,562.50**

---

**3.15** Nonpriority creditor's name and mailing address

Gagliardi, Michael
1106 Cougar Drive
Canyon Lake, TX 78133

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

**$22,500.00**

---

**3.16** Nonpriority creditor's name and mailing address

Gibson, Steven George
c/o Mark C. Taylor
Holland & Knight
100 Congress Avenue, Suite 1800
Austin, TX 78701

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.17** Nonpriority creditor's name and mailing address

Halim
1224 N. LBJ Drive, Apt. 402
San Marcos, TX 78666

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **contract labor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.18** Nonpriority creditor's name and mailing address

Harborock Ltd.
c/o Mark C. Taylor
Holland & Knight
100 Congress Avenue, Suite 1800
Austin, TX 78701

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.19** Nonpriority creditor's name and mailing address

Hewlett Packard Enterprise Company
c/o Accounts Receivables
13620 Ranch Road 620, Suite B150
Austin, TX 78717-1117

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.20** Nonpriority creditor's name and mailing address

IPage
5335 Gate Pkwy., 2nd Floor
Jacksonville, FL 32256

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Domain and Web Hosting services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **SurgePower Materials, Inc.** | Case number (if known) | **22-51436-mmp** |
|---|---|---|---|
| | Name | | |

---

**3.21** | Nonpriority creditor's name and mailing address

**Jeff Dees**
**c/o David S. Gragg**
**Langley & Banack Inc.**
**745 East Mulberry**
**San Antonio, TX 78212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Warehouse Rent__

Is the claim subject to offset? ■ No ☐ Yes

$7,618.75

---

**3.22** | Nonpriority creditor's name and mailing address

**Lyon Collection Services, Inc.**
**c/o Yuri Rosa**
**7924 West Sahara Avenue**
**Las Vegas, NV 89117**

Date(s) debt was incurred _

Last 4 digits of account number  9455

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.23** | Nonpriority creditor's name and mailing address

**McDonnell Boehnen Hulbert & Berghoff LLP**
**c/o Melissa Mills, Billing**
**300 S. Wacker Drive, Suite 3100**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal fees__

Is the claim subject to offset? ■ No ☐ Yes

$1,080.00

---

**3.24** | Nonpriority creditor's name and mailing address

**Musia Fine Arts**
**c/o Amy Musia**
**5625 Pearl Drive, Suite F #325**
**Evansville, IN 47712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Good sold__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.25** | Nonpriority creditor's name and mailing address

**New Braunfels Utilities**
**263 Main Plaza**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$486.93

---

**3.26** | Nonpriority creditor's name and mailing address

**Opoku, Michael**
**2068 Oxbow Dircle**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Money loaned__
__($10,000 for Dunn Smith retainer)__
__($2,000 for wages)__

Is the claim subject to offset? ■ No ☐ Yes

$12,000.00

---

| Debtor | **SurgePower Materials, Inc.** | Case number (if known) | **22-51436-mmp** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rick C. Reed & Company, PLLC**
**c/o David A. Crumbaugh**
**321 Cheatham Street**
**San Marcos, TX 78667-6911**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Accounting services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Schwab Brokerage MoneyLink**
**211 Main Street**
**San Francisco, CA 94105**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  IRA account for Michael Opoku

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Shaffer, Richard Thomas**
**c/o Mark, C. Taylor**
**Holland & Knight**
**100 Congress Avenue, Suite 1800**
**Austin, TX 78701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  3/14/2021

Basis for the claim:  Money loaned

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$421.01** |
|---|---|---|---|

**Spectrum Business**
**2344 Rutland Drive**
**Austin, TX 78758**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Telephone services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,352.40** |
|---|---|---|---|

**Texas State University**
**c/o Venumbaka Reddy and Kaitlenn Ledford**
**Office of Research and Sponsored Program**
**601 University Drive**
**San Marcos, TX 78666-4684**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Third-Party Testing and Facility Use

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Graphene Council**
**208 King Street**
**New Bern, NC 28560**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Home Depot**
**c/o Accounts Receivables**
**2455 Paces Ferry Rd. SE**
**Atlanta, GA 30339**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Good sold

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SurgePower Materials, Inc.** | Case number (if known) | **22-51436-mmp** |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas Publishing**
**c/o Accounts Receivable**
**Five Penn Plaza, Suite 17**
**New York, NY 10001**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services performed**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431.56 |
|---|---|---|---|

**Umicore Optical Materials USA Inc.**
**c/o Bradley K. Kinsey**
**2976 S. 614 Road**
**Quapaw, OK 74363**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Glass slides for production**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,999.88 |
|---|---|---|---|

**Verder Scientific, Inc.**
**c/o Sharleen Fitzgibbon**
**11 Penns Trail, Suite 300**
**Newtown, PA 18940**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Production Kiln**

Last 4 digits of account number  **7963**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Verotech Solutions**
**c/o Accounts Receivables**
**8400 N. University Drive #221**
**Fort Lauderdale, FL 33321**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services performed**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Websedge Ltd.**
**c/o Accounts Receivables**
**3244 Prospect St. NW**
**Washington, DC 20007**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services performed**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 174,730.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,203,191.36 |

Debtor  **SurgePower Materials, Inc.**
Name

Case number (if known)  **22-51436-mmp**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.  $ 1,377,921.36

**Fill in this information to identify the case:**

Debtor name  **SurgePower Materials, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **22-51436-mmp**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest  **ECommerce platform**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Eshares, Inc. d/b/a Carta, Inc.**<br>**333 Bush Street, Suite 2300**<br>**San Francisco, CA 94104** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest  **Safety deposit box rental (annual payment made on 1/3/2023)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Frost Bank**<br>**P O Box 649**<br>**San Marcos, TX 78667-0649** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest  **Software and Apps**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Google Cloud**<br>**c/o Google**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest  **Web hosting platform (Wordpress)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **iPage**<br>**5335 Gate Pkwy., 2nd Floor**<br>**Jacksonville, FL 32256** |

Debtor 1 **SurgePower Materials, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* **22-51436-mmp**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial office space lease for Suite C**

State the term remaining — **ends 3/15/2023**

List the contract number of any government contract

**Jeff Dees
1224 Industrial Drive, Suite A
New Braunfels, TX 78130**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Online shopping platform**

State the term remaining

List the contract number of any government contract

**Shopify Inc.
151 O'Connor Street, Ground Floor
Ottawa, ON K2P 2L8**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Video communiations online platform**

State the term remaining

List the contract number of any government contract

**Zoom Video Communicatons, Inc.
55 Almaden Boulevard, 6th Floor
San Jose, CA 95113**

**Fill in this information to identify the case:**

Debtor name __**SurgePower Materials, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __**22-51436-mmp**__

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

|  | Name | Mailing Address | | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|---|
| 2.1 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |