**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 03, 2024.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 22-51436-mmp |
| SURGEPOWER MATERIALS, INC., § | |
| § | CHAPTER 11 |
| DEBTOR § | |

### ORDER APPROVING
### TRUSTEE'S FIRST APPLICATION FOR AUTHORIZATION TO MAKE INTERIM DISTRIBUTION OF TRUSTEE'S SECTION 326 COMMISSION ($16,799.00)

CAME ON FOR CONSIDERATION Trustee's First Application to Pay Trustee's Section 326 Commission ($16,799.00) (the "Application"), filed by Gregory S. Milligan, Chapter 11 Trustee ("Trustee") of the bankruptcy Estate[1] of SurgePower Materials, Inc. (the "Debtor") in the above-captioned chapter 11 Case. After having considered the Application, the merits and the record before it, and finding that no objection to the Application has been filed, the Court further finds and concludes[2] that: (i) notice and service of the Application was adequate and proper under

---

[1] Capitalized terms used herein, not otherwise defined, shall be given the meaning ascribed them in the Application.
[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052.
HB: 4872-1195-0095.1

the particular circumstances; (ii) the requested, interim compensation to the Trustee is reasonable, necessary, appropriate, and corresponds to services that plainly benefitted the Debtor and its Estate, as well as producing extraordinary results, as contemplated by 11 U.S.C. § 330 and as calculated pursuant to 11 U.S.C. § 326; and (iii) further, that good cause exists to grant the relief requested in the Application. Accordingly, it is hereby

**ORDERED** that the Application is APPROVED. It is further

**ORDERED** that the Trustee is authorized to pay interim compensation to the Trustee's Commission in the amount of $16,799.00, to Gregory S. Milligan, without prejudice to other and further compensation and reimbursement as may be requested by the Trustee (or his professionals) in this case. It is further

**ORDERED** that, notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry. It is further

**ORDERED** that this Court shall retain jurisdiction over any and all issues arising from or relating to the implementation and interpretation of this Order.

# # #

HB: 4872-1195-0095.1

Order submitted by:

Lynn Hamilton Butler
State Bar No. 03527350
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Tel: (512) 472-5456
Fax: (512) 479-1101
lynn.butler@huschblackwell.com

**CHAPTER 11 BANKRUPTCY COUNSEL
FOR CHAPTER 11 TRUSTEE**